IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| E.A.D. and C.W.D., minor children of JOSHUA W. DEVILBISS, DECEASED, by and through their next friend, LINDSEY DEVILBISS,<br><br>Plaintiffs,<br><br>v.<br><br>MEADE COUNTY, KANSAS BOARD OF COUNTY COMMISSIONERS; SEDGWICK COUNTY, KANSAS BOARD OF COUNTY COMMISSIONERS; SHERIFF MARK MILLER; SHERIFF JEFF EASTER; and D'ANTHONY ROMERO ANDREWS,<br><br>Defendants. | Case No:   2:19-cv-02490 |

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW Plaintiffs, through counsel, and moves the Court for leave to file their Second Amended Complaint. In support of their Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on or about August 20, 2019.

2. Plaintiffs filed their First Amended Complaint on or about August 21, 2019.

3. Defendants Meade County, Kansas Board of County Commissioners, Sedgwick County, Kansas Board of County Commissioners, Sheriff Mark Miller, and Sheriff Jeff Easter have not yet filed their answers to Plaintiffs' First Amended Complaint, but have filed Motions to Dismiss. Defendant D'Anthony Romero Andrews has not yet filed his answer to Plaintiffs' First Amended Complaint.

1

4. Plaintiffs would like to amend their Complaint to add in additional Defendants, and add language to better articulate Plaintiffs' claims and Defendants' responsibilities to Plaintiffs. Plaintiffs' Second Amended Complaint and Jury Demand is attached hereto as *Exhibit 1*.

5. Federal Rule of Civil Procedure 16(a)(2) states that, "The Court should freely give leave when justice so requires."

6. Neither parties will be prejudiced by the Court granting Plaintiffs' Motion for Leave to File their Second Amended Complaint, however the Plaintiffs will be substantially prejudiced if leave is not granted.

WHEREFORE, Plaintiffs respectfully request that pursuant to Fed. R. Civ. P. 15, this Court grant them leave to file their Second Amended Complaint and for such other relief the Court deems just and proper.

Dated: January 14, 2020

**Respectfully Submitted,**

**CROSS LAW FIRM, LLC**

By: /s/Gerald Lee Cross, Jr.
Gerald Lee Cross, Jr. (Kan. 23573)
8000 Foster Street
Overland Park, Kansas 66204
Office Tel: (816) 454-5297
Fax: (913) 904-1650
lcross@GMOlaw.com
***ATTORNEY FOR PLAINTIFFS***

## **CERTIFICATE OF MAILING**

  I hereby certify that a copy of the above and foregoing Motion was sent via U.S. Mail and/or E-Mail and/or an E-Mail from the Court's Electronic Notification System, on January 14, 2020, to:

David W. Steed
Kevin T. Stamper
dsteed@klendalaw.com
kevin.stamper@sedgwick.gov
*Attorneys for Defendants Sedgwick County, Kansas Board of County Commissioners and Sheriff Jeff Easter*

Allen G. Glendenning
Michael clough Abbott
aglenden@wcrf.com
mabbott@wcrf.com
*Attorneys for Defendants Meade County, Kansas Board of County Commissioners and Sheriff Mark Miller*

D'Anthony Andrews, #0119062
El Dorado Correctional Facility-Central
PO Box 311
El Dorado, Kansas 67042
*Defendant*

                _/s/Gerald Lee Cross, Jr._____
                 *Attorney for Plaintiffs*